**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
D & A FAMILY DELI INC. and NASRALDIN
ABDEL AZIZ SARAMAH,

                Plaintiff,
    -against-                                          23 **CIVIL** 2231 (AT)

                                                                       **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 8, 2024, the Government's motion to dismiss for failure to state a claim is, therefore, GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York
       January 9, 2024

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                          **BY:** _____
                                                                 **Deputy Clerk**